**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| IMAN ZABETT, | |
| Plaintiff, | Case No. 1:21-cv-716 (RDA/MSN) |
| v. | |
| ACCENTURE LLP, | |
| Defendants. | |

## STIPULATION OF DIMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Iman Zabett and Defendant Accenture, LLP, through counsel, agree to the dismissal of this matter with prejudice.  Each party to bear their own costs and fees.

Date:  December 16, 2021

Respectfully submitted,

/s/ Jeremy Greenberg
Jeremy Greenberg (86165)
Clark Law Group, PLLC
1100 Connecticut Ave., N.W.
Suite 920
Washington, D.C. 20036
(202) 293-0015
jgreenberg@benefitcounsel.com
*Counsel for Plaintiff*

/s/ Thomas M. Buchanan
One of the Attorneys for Defendant

Thomas M. Buchanan (21530)
Winston & Strawn LLP
1700 K Street NW
Washington, DC 20006

Michael P. Roche (admitted *pro hac vice*)
Tiana Evans Pequette (admitted *pro hac vice*)
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601